# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KATHERINE DEE FLETCHER,

     Plaintiff(s),

v.

GOV. ENTITIES,

     Defendant(s).

Case No. 2:24-cv-00577-JAD-NJK

**Order**

       Plaintiff filed this case against a number of Defendants, including the "United States District Court District of NV." Docket No. 1-1 at 1. The complaint includes allegations regarding the undersigned judge related to a different case. *See id.* at 14, 23; *see also Fletcher v. Dreesen*, No. 2:22-cv-01777-MMD-NJK (D. Nev.). Accordingly, with good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

       To be perfectly clear, the undersigned is <u>not</u> recusing herself from the underlying action (No. 2:22-cv-01777-MMD-NJK) because filing a new lawsuit against a judge is not generally grounds for recusal in a pre-existing case. *See, e.g.*, *United States v. Sutcliffe*, 505 F.3d 944, 958 (9th Cir. 2007) (explaining that a "judge is not disqualified by a litigant's suit or threatened suit against [her], or by a litigant's intemperate and scurrilous attacks" (quoting *United States v. Studley*, 783 F.2d 934, 940 (9th Cir. 1986)).

       IT IS SO ORDERED.

       Dated: March 28, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1