UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Katherine Dee Fletcher,<br><br>　　　Plaintiff<br>v.<br>Gov. Entities,<br><br>　　　Defendant | Case No. 2:24-cv-00577-JAD-BNW<br><br>**Order Granting Request<br>for Voluntary Dismissal**<br><br>ECF Nos. 18, 20, 25 |

　　　Pro se plaintiff Katherine Dee Fletcher is an inmate at Nevada's Florence McClure women's correctional center. She brings this action against "gov. entities" for "TORTURE" and describes the nature of her case as "EVIL. Thorough public corruption, terrorizing & torturing My Children & I in a Government exalting itself above GOD & blatantly disrespecting HIS POWER & AUTHORITY."[1] The magistrate judge screened that amended complaint and dismissed it with instructions and leave to amend.[2] Fletcher has responded with a request to voluntarily dismiss her case without prejudice.[3]

　　　Rule 41(a)(1) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without prejudice "before the opposing party serves either an answer or a motion for summary judgment."[4] The plaintiff has not yet served this action, so a Rule 41(a)(1) voluntary dismissal remains available to her.

---

[1] ECF No. 16 at 2.
[2] ECF No. 17.
[3] ECF No. 25.
[4] Fed. R. Civ. P. 41(a).

IT IS THEREFORE ORDERED that **THIS CASE IS DISMISSED without prejudice** under Fed. R. Civ. P. 41(a)(1).  The pending motion to remove Jasmine Romero **[ECF No. 18] is DENIED** as moot and without prejudice, and the report and recommendation to deny that motion **[ECF No. 20] is rejected** as moot.

The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.  **No further documents may be filed in this now-closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
July 18, 2024