# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Katherine Dee Fletcher,<br><br>    Plaintiff<br><br>v.<br><br>Gov. Entities,<br><br>    Defendant | Case No.: 2:24-cv-00577-JAD-BNW<br><br>**Order Denying Motion to Route Notice of Appeal to the U.S. Supreme Court and Dismissing Unauthorized Direct Appeal**<br><br>[ECF No. 33] |

This case was dismissed and closed based on Plaintiff Katherine Dee Fletcher's motion for voluntary dismissal.[1] Fletcher filed a notice of appeal "to the USCA,"[2] and the clerk of this court forwarded that notice to the Ninth Circuit Court of Appeals, which opened an appeal for her.[3] In a second notice of appeal, Fletcher states that she "further appeals to the United States Supreme Court,"[4] and she moves this court to "route" her appeal to the High Court.[5]

Rule 18.1 of the Rules of the United States Supreme Court allows a notice of appeal to the United States Supreme Court to be filed in, and processed by, the district court "[w]hen a direct appeal from a decision of a United States district court is authorized by law."[6] The rule also requires the appellant to "specify the statute or statutes under which the appeal is taken."[7]

Fletcher does not specify the authority that permits her to skip the appellate court and

---

[1] ECF Nos. 25, 26.
[2] ECF No. 28
[3] ECF No. 29.
[4] ECF No. 32.
[5] ECF No. 33.
[6] S.C.R. 18.1.
[7] *Id*.

take her appeal of this court's decision to grant her motion to voluntarily dismiss her 42 U.S.C. § 1983 case straight to the United States Supreme Court. Only a small handful of matters get that privilege—like challenges to injunctive-relief orders issued by three-judge panels[8]—and Fletcher hasn't shown that her case qualifies. Just as a court may dismiss a cause of action when the claim is "so insubstantial, implausible, foreclosed by prior decisions of this Court, or otherwise completely devoid of merit as not to involve a federal controversy,"[9] so too ought this court reject a notice of direct appeal to the United States Supreme Court when the law does not permit it.

IT IS THEREFORE ORDERED that **plaintiff's notice of appeal to the United States Supreme Court [ECF No. 32] is DISMISSED**, and her motion to route the appeal to the High Court **[ECF No. 33] is DENIED**.

Dated: August 22, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[8] 28 U.S.C. § 1253.

[9] *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998).