UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Katherine Dee Fletcher,<br><br>    Plaintiff<br>v.<br><br>Gov. Entities,<br><br>    Defendant | Case No. 2:24-cv-00577-JAD-BNW<br><br>**Order Denying Motions in Closed Case**<br><br>ECF Nos. 40, 41, 42 |

    This case was dismissed and closed based on Plaintiff Katherine Dee Fletcher's own motion for voluntary dismissal.[1] Fletcher nevertheless filed a notice of appeal "to the USCA" and then attempted to file a second appeal to the United States Supreme Court.[2] But she failed to specify a statute that authorizes a direct appeal of this case to the High Court, so that second notice of appeal was dismissed.[3]

    Fletcher has since filed three new motions:

> ECF No. 40, moving "for freedom of information" under the Freedom of Information Act (FOIA) about "Your court conceal'g the fact that your government arranged Childe sex crimes against My Childe & has been criminally terrorizing and torturing My Family ever since, & to this day";

> ECF No. 41, renewing her request to route her appeal to the United States Supreme Court; and

> ECF No. 42, a duplicate copy of ECF No. 40.

---

[1] ECF Nos. 25, 26.
[2] ECF Nos. 28, 32.
[3] ECF No. 35.

I deny all of these motions. The request for FOIA information is not only legally unsupported, but it is based on fantastical assertions in a now-closed case. And the renewed request to send her appeal to the United States Supreme Court fails to cure any of the deficiencies that I identified in my last order denying that request. Fletcher still has not identified any statute that would authorize a direct appeal to the High Court in this case, particularly when she already has an appeal pending in the Ninth Circuit.[4]

IT IS THEREFORE ORDERED that Fletcher's motions **[ECF Nos. 40, 41, 42] are DENIED.  No further motions may be filed in this closed case.**

_____
U.S. District Judge Jennifer A. Dorsey
September 11, 2024

---

[4] *See* ECF No. 39.