# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Katherine Dee Fletcher,<br><br>    Plaintiff<br>v.<br><br>Gov. Entities,<br><br>    Defendant | Case No. 2:24-cv-00577-JAD-BNW<br><br>**Order Dismissing Objection in Closed Case and Directing the Clerk of Court to Strike Future Filings**<br><br>ECF No. 60 |

This case was dismissed and closed more than a year ago based on Plaintiff Katherine Dee Fletcher's own motion for voluntary dismissal,[1] and the Ninth Circuit Court of Appeal denied her appeal.[2] This case is over, and as this court has repeatedly explained to Fletcher, nothing else should be filed in this closed case.[3] Fletcher has nevertheless continued to file notices, exhibits, and now an objection to the most recent minute order.[4] The objection [ECF No. 60] is overruled, and Fletcher is again advised that **nothing more may be filed in this case. The Clerk of Court is directed to STRIKE ANY FURTHER DOCUMENTS that Fletcher files in this case OTHER THAN a single motion for relief from a judgment or order filed under Federal Rule of Civil Procedure 60(b)(4)–(6).**

_____
U.S. District Judge Jennifer A. Dorsey
July 30, 2025

---

[1] ECF Nos. 25, 26.
[2] ECF No. 46.
[3] ECF Nos. 26, 35, 44.
[4] ECF No. 60.